**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TIMOTHY WINDERS, SR.                                                                          PLAINTIFF

V.                                    3:09CV00097 WRW/JTR

ZANE BOYD, Administrator;
and JANE DOE, Nurse,
Crittenden County Detention Center                                                          DEFENDANTS

**ORDER**

Plaintiff commenced this *pro se* § 1983 action while he was confined in the Crittenden County Detention Facility ("CCDF"). *See* docket entry #2. On July 17, 2009, mail addressed to Plaintiff at the CCDF was returned as undeliverable with a notation that he had been released from custody. *See* docket entry #5. In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*. Accordingly, the Court will give Plaintiff thirty days to file: (1) a Statement indicating whether he wishes to continue with this action; and (2) an Amended (freeworld) Application to Proceed *In Forma Pauperis*.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court is directed to send Petitioner a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2.      Plaintiff shall file, **within thirty days of the entry of this Order**: (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) an Amended Application to Proceed *In Forma Pauperis*

3. Plaintiff is reminded that the failure to timely and properly comply with this Order could result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 21st day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE