**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TIMOTHY WINDERS, SR.
ADC #144381                                                                                          PLAINTIFF

V.                                            3:09CV00097 WRW/JTR

ZANE BOYD, Administrator; and
MANDY CHILDRESS, Nurse,
Crittenden County Detention Center                                                    DEFENDANTS

**ORDER**

All of the Defendants in this *pro se* § 1983 action have filed their Answers. *See* docket entries #15 and #17.

IT IS THEREFORE ORDERED THAT the parties shall complete discovery on or before **November 11, 2009,** and file any dispositive motions on or before **December 11, 2009.**

Dated this 12th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE