IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY WINDERS, SR.
ADC #144381                                                                                              PLAINTIFF

V.                                      3:09CV00097 JTR

ZANE BOYD, Administrator; and
MANDY CHILDRESS, Nurse,
Crittenden County Detention Center                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this § 1983 action is DISMISSED, WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 12th day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE